Date: 03/02/11

**DIVIDENDS REMITTED TO THE COURT**
Check Number 117 Dated 03/02/11
Case Number 10-16001 - HANLEY SR., MARK M.

Page:

*158009 CK 117* (handwritten)

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Geauga Door Sales and Service Inc.<br>14249 Kinsman Rd<br>Burton, OH 44021 | 000002 | 71.50 | 0.84 |
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>　　(16-1) DILLARD'S | 000016 | 148.70 | 1.74 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 000017 | 217.00 | 2.54 |
| ---------- Remittance Total --------------- | | 437.20 | 5.12 |

MARVIN A. SICHERMAN, Trustee

FILED 2011 MAR -9 PM 12:40 CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

Printed: 03/02/11 12:34 PM　Ver: 16.01c